# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0127

_____

RODERICK T. FOSTER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

April 23, 2025

PER CURIAM.

Because the trial court has ruled on Petitioner's postconviction motion and motion to rule, the Court dismisses the petition for writ of mandamus as moot. *See Granville v. State*, 382 So. 3d 792 (Fla. 1st DCA 2024).

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Roderick T. Foster, pro se, Petitioner.

James Uthmeier, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.